# EXHIBIT A-2
# Court Notices
# Clark County Case No. A-25-920666-B

**Electronically Filed**
6/9/2025 11:13 AM
Steven D. Grierson
CLERK OF THE COURT

## DISTRICT COURT
## CLARK COUNTY, NEVADA
\*\*\*\*

| | |
|---|---|
| Kabul, Inc, Plaintiff(s) | Case No.: A-25-920666-B |
| vs. | |
| Admiral Insurance Company, Defendant(s) | Department 31 |

### NOTICE OF CHANGE OF CASE DESIGNATION

NOTICE IS HEREBY GIVEN that changes have been made to the record due to this case being designated as a Business Court case. Please note the new case suffix and confirm your registration for e-service as this may require you to re-register. Please include the new case number on all future filings.  ANY HEARING DATES CURRENTLY SET, STAND BUT MAY BE RESET IN ACCORDANCE WITH DEPARTMENTAL PREFERENCES.

STEVEN D. GRIERSON, CEO/Clerk of the Court

By: /s/ Lena Bagdasaryan
Lena Bagdasaryan
Deputy Clerk of the Court

### CERTIFICATE OF SERVICE

I hereby certify that this 9th day of June, 2025

☒  The foregoing Notice of Change of Case Designation was electronically served to all registered parties for case number A-25-920666-B.

By: /s/ Lena Bagdasaryan
Lena Bagdasaryan
Deputy Clerk of the Court

**Electronically Filed**
**6/9/2025 11:13 AM**
**Steven D. Grierson**
**CLERK OF THE COURT**

# DISTRICT COURT
## CLARK COUNTY, NEVADA
\* \* \* \*

KABUL, INC, PLAINTIFF(S)

VS.

ADMIRAL INSURANCE COMPANY, DEFENDANT(S)

Case No.: A-25-920666-B

DEPARTMENT 31

## NOTICE OF DEPARTMENT REASSIGNMENT

NOTICE IS HEREBY GIVEN that the above-entitled action has been randomly reassigned to Judge Joanna S. Kishner.

☒   This reassignment is due to:  Business Court Requested

ANY TRIAL DATE AND ASSOCIATED TRIAL HEARINGS STAND BUT MAY BE RESET BY THE NEW DEPARTMENT.   PLEASE INCLUDE THE NEW DEPARTMENT NUMBER ON ALL FUTURE FILINGS.

STEVEN D. GRIERSON, CEO/Clerk of the Court

By:  /s/ Lena Bagdasaryan
     Lena Bagdasaryan,
     Deputy Clerk of the Court

## CERTIFICATE OF SERVICE

I hereby certify that this 9th day of June, 2025

☒   The foregoing Notice of Department Reassignment was electronically served to all registered parties for case number A-25-920666-B.

/s/ Lena Bagdasaryan
Lena Bagdasaryan
Deputy Clerk of the Court