# EXHIBIT A-3
# Service Pleadings

Electronically Filed
7/15/2025 3:23 PM
Steven D. Grierson
CLERK OF THE COURT

AOS
THOMAS F. CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
T: 702-870-1000
E: courtnotices@injuryhelpnow.com

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

Kabul, Inc.
                    Plaintiff,
vs.

ADMIRAL INSURANCE COMPANY,
GREGG EIDSNESS FARM BUREAU
FINANCIAL SERVICES, NBS Insurance Agency,
Inc. aka NATIONWIDE
BROKERAGE SOLUTIONS, RT SPECIALTY,
RSG SPECIALTY, LLC, RYAN SPECIALTY, LLC,
ERIK W. FOX, WOLFE & WYMAN, LLP, KEVIN
R. STOLWORTHY, ARMSTRONG TEASDALE,
LLP,  DOES I through X, inclusive; and ROE
CORPORATIONS I through X, inclusive,
                    Defendants.

CASE NO:    A-25-920666-B
DEPT. NO:   31

Attached hereto is the Affidavit of Service of Defendant Kevin R. Stolworthy.

DATED THIS 15th day of July, 2025.

CHRISTENSEN LAW OFFICES, LLC
/s/Thomas Christensen
THOMAS F. CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
T: (702) 870-1000
E: courtnotices@injuryhelpnow.com

## AFFIDAVIT OF SERVICE

| Case:<br>A-25-920666-C | Court:<br>Eighth Judicial District Court | | County:<br>Clark | Job:<br>13663598 |
|---|---|---|---|---|
| Plaintiff / Petitioner:<br>Kabul, Inc. | | | Defendant / Respondent:<br>Kevin R. Stolworthy, et al. | |
| Received by:<br>Serve Vegas LLC | | | For:<br>Christensen Law | |
| To be served upon:<br>Kevin R. Stolworthy | | | | |

I, John White, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Kevin R. Stolworthy , 6192 Skyblush Avenue, Las Vegas, NV 89131

Manner of Service:   Personal/Individual, Jul 10, 2025, 8:41 am PDT

Documents:   Complaint, Summons

Additional Comments:
1) Successful Attempt: Jul 10, 2025, 8:41 am PDT at 6192 Skyblush Avenue, Las Vegas, NV 89131 received by Kevin R. Stolworthy . Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 250; Height: 6'; Hair: Gray;
Subject confirmed identity and accepted service


Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.


_____          07/10/2025
_____

John White                                                    **Date**
R-2019-00318


Serve Vegas LLC
6592 North Decatur Boulevard Unit 150-143
Las Vegas, NV 89131
702-209-2140
Nevada License 1914

Electronically Filed
7/15/2025 3:23 PM
Steven D. Grierson
CLERK OF THE COURT

THOMAS F. CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
T: 702-870-1000
E: courtnotices@injuryhelpnow.com

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

Kabul, Inc.
                 Plaintiff,

vs.

ADMIRAL INSURANCE COMPANY,
GREGG EIDSNESS FARM BUREAU
FINANCIAL SERVICES, NBS Insurance Agency,
Inc. aka NATIONWIDE
BROKERAGE SOLUTIONS, RT SPECIALTY,
RSG SPECIALTY, LLC, RYAN SPECIALTY, LLC,
ERIK W. FOX, WOLFE & WYMAN, LLP, KEVIN
R. STOLWORTHY, ARMSTRONG TEASDALE,
LLP,  DOES I through X, inclusive; and ROE
CORPORATIONS I through X, inclusive,
                 Defendants.

CASE NO:    A-25-920666-B
DEPT. NO:   31

**NOTICE OF WAIVER OF SERVICE**

Comes now Plaintiff, KABUL, Inc. by and through his counsel of record,  CHRISTENSEN LAW OFFICES, LLC, and hereby provides notice of the Waiver of Service that was provided by counsel for Defendant Armstrong Teasdale, LLP on July 15, 2025, and which is attached hereto.

DATED THIS 15th day of July, 2025.

                         CHRISTENSEN LAW OFFICES, LLC
                         /s/Thomas Christensen
                         THOMAS F. CHRISTENSEN, ESQ.
                         Nevada Bar No. 2326
                         1000 S. Valley View Blvd.
                         Las Vegas, Nevada 89107
                         T: (702) 870-1000
                         E: courtnotices@injuryhelpnow.com

## <u>RULE 4 WAIVER OF THE SERVICE OF SUMMONS AND COMPLAINT</u>

**TO: Christensen Law Offices, LLC**

I have received your request to waive service of a summons in this action along with  a copy of the complaint, two copies of this waiver form, and a pre-paid means of returning one signed copy of the form to you. I, or the entity I represent, agree to save the expense of serving a summons and complaint in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ____July 15, 2025_____, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____July 15, 2015_____

_____
(Signature of the attorney or unrepresented party)

Charles Palella, Partner , Armstrong Teasdale LLP
_____
(Printed name)

400 Park Avenue-12th Floor, New York, NY 10022
_____
(Address)

cpalella@atllp.com
_____
(Email address)

212-209-4403
_____
(Telephone number)

4

ELECTRONICALLY SERVED
7/16/2025 3:07 PM

## RULE 4 WAIVER OF THE SERVICE OF SUMMONS AND COMPLAINT

**TO: Christensen Law Offices, LLC**

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, ~~and a pre-paid means of returning one signed copy of the form to you.~~ I, or the entity I represent, agree to save the expense of serving a summons and complaint in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ___July 14, 2025___, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ___7/16/2025___

_____
(Signature of the attorney or unrepresented party)   on behalf of Defendants RSG Specialty, LLC, RT Specialty and Ryan Specialty, LLC

___Mari K. Schaan___
(Printed name)

___1140 North Town Center Dr., Suite 350, Las Vegas, NV 89144___
(Address)

___mschaan@hallprangle.com___
(Email address)

___(702) 889-6400___
(Telephone number)

4