# EXHIBIT B

# Notice of Removal of Action to U.S. District Court

# Clark County Case No. A-25-920666-B

**NRE**
GARIN LAW GROUP
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@garinlawgroup.com

*Attorneys for Defendant Admiral Insurance Company*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| KABUL, INC.<br><br>                  Plaintiff,<br><br>     vs.<br><br>ADMIRAL INSURANCE COMPANY; GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NSB INSURANCE AGENCY, INC. aka NATIONWIDE BROKERAGE SOLUTIONS; RT SPECIALTY; RSG SPECIALTY, LLC; RYAN SPECIALTY, LLC; ERIK W. FOX; WOLFE & WYMAN, LLP; KEVIN R. STOLWORTHY; ARMSTRONG TEASDALE, LLP; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                  Defendants. | Case No: A-25-920666-B<br>Dept. No.: 31<br><br>**NOTICE OF REMOVAL OF ACTION TO U.S. DISTRICT COURT** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that on July 23, 2025, Defendant, ADMIRAL INSURANCE COMPANY, filed a Notice of Removal with the Clerk of the United States District Court for the District of Nevada, removing this case to federal court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and upon the grounds for removal set forth therein.

///

1    A copy of the Notice of Removal (without attachments) is appended hereto as
2 **Exhibit A**.

3    DATED this 23rd day of July, 2025.

GARIN LAW GROUP

By: *(signature)*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
jgarin@garinlawgroup.com

*Attorneys for Defendant Admiral Insurance Company*

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b) and Administrative Order 14-2, I certify that on the 23rd day of July, 2025, I electronically served the foregoing **NOTICE OF REMOVAL OF ACTION TO U.S. DISTRICT COURT** to the following parties utilizing the Court's E-File/ServeNV System:

| | |
|---|---|
| Thomas F. Christensen, Esq.<br>CHRISTENSEN LAW OFFICES, LLC<br>1000 S. Valley View Blvd.<br>Las Vegas, NV 89107<br>courtnotices@injuryhelpnow.com<br><br>*Attorney for Plaintiff* | |

/s/ Michele Stones
An Employee of GARIN LAW GROUP