# EXHIBIT C-1

# Consent to Removal RT Specialty, RSG Specialty, LLC and Ryan Specialty, LLC

1  GARIN LAW GROUP
2  JOSEPH P. GARIN, ESQ.
   Nevada Bar No. 6653
3  9900 Covington Cross Drive, Suite 210
   Las Vegas, Nevada 89144
4  Phone: (702) 382-1500
   Fax: (702) 382-1512
5  jgarin@garinlawgroup.com

6  *Attorneys for Defendant Admiral Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KABUL, INC.,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>ADMIRAL INSURANCE COMPANY; GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NBS INSURANCE AGENCY, INC. aka NATIONWIDE BROKERAGE SOLUTIONS; RT SPECIALTY; RSG SPECIALTY, LLC; RYAN SPECIALTY, LLC; ERIK W. FOX; WOLFE & WYMAN, LLP; KEVIN R. STOLWORTHY; ARMSTRONG TEASDALE, LLP; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　Defendants. | Case No:<br><br>**CONSENT TO REMOVAL**<br><br>**(Removed from the Eighth Judicial District Court for Clark County, Nevada, Case No. 25-C-920666-B)** |

Specially appearing Defendants, RT SPECIALTY; RSG SPECIALTY, LLC; RYAN SPECIALTY, LLC, by and through their undersigned counsel, consents to the removal of this action from the Eighth Judicial District Court to this Court. By doing so,

///

///

///

///

Page 1 of 2

Defendants reserve all defenses, including but not limited to jurisdiction and venue.

Dated this 22nd day of July, 2025.

HALL PRANGLE LLC

By: */s/ Nathan R. Reinmiller*
MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
nreinmiller@hallprangle.com
HALL PRANGLE LLC
1140 North Town Center Drive, Ste. 350
Las Vegas, Nevada 89144
efile@hallprangle.com
*Attorneys for Defendants
RT Specialty, RSG Specialty, LLC,
and Ryan Specialty, LLC*