# EXHIBIT C-2

# Consent to Removal Gregg Eidsness Farm Bureau Financial Services

1  GARIN LAW GROUP
2  JOSEPH P. GARIN, ESQ.
   Nevada Bar No. 6653
3  9900 Covington Cross Drive, Suite 210
   Las Vegas, Nevada 89144
4  Phone: (702) 382-1500
   Fax: (702) 382-1512
5  jgarin@garinlawgroup.com

6  *Attorneys for Defendant Admiral Insurance Company*

7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10

| | |
|---|---|
| KABUL, INC. | Case No: |
| Plaintiff, | |
| vs. | **CONSENT TO REMOVAL** |
| ADMIRAL INSURANCE COMPANY; GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NBS INSURANCE AGENCY, INC. aka NATIONWIDE BROKERAGE SOLUTIONS; RT SPECIALTY; RSG SPECIALTY, LLC; RYAN SPECIALTY, LLC; ERIK W. FOX; WOLFE & WYMAN, LLP; KEVIN R. STOLWORTHY; ARMSTRONG TEASDALE, LLP; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | **(Removed from the Eighth Judicial District Court for Clark County, Nevada, Case No. 25-C-920666-B)** |
| Defendants. | |

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**CONSENT TO REMOVAL**

Defendant GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, by and through its undersigned counsel, consents to the removal of this action from the Eighth Judicial District Court to this Court.

Dated this 22nd day of July, 2025.

GORDON REES SCULLY MANSUKHANI

/s/ Bradley G. Taylor
Bradley G. Taylor
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101
btaylor@grsm.com

*Attorneys for Gregg Eidsness Farm Bureau Financial Services*