# EXHIBIT C-3

# Consent to Removal Wolfe & Wyman, LLP

1  GARIN LAW GROUP
   JOSEPH P. GARIN, ESQ.
2  Nevada Bar No. 6653
3  9900 Covington Cross Drive, Suite 210
   Las Vegas, Nevada 89144
4  Phone: (702) 382-1500
   Fax: (702) 382-1512
5  jgarin@garinlawgroup.com

6  Attorneys for Defendant Admiral Insurance Company

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| KABUL, INC. | Case No: |
| Plaintiff, | |
| vs. | **CONSENT TO REMOVAL** |
| ADMIRAL INSURANCE COMPANY; GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NBS INSURANCE AGENCY, INC. aka NATIONWIDE BROKERAGE SOLUTIONS; RT SPECIALTY; RSG SPECIALTY, LLC; RYAN SPECIALTY, LLC; ERIK W. FOX; WOLFE & WYMAN, LLP; KEVIN R. STOLWORTHY; ARMSTRONG TEASDALE, LLP; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | (Removed from the Eighth Judicial District Court for Clark County, Nevada, Case No. A-25-920666-B) |
| Defendants. | |

Specially appearing Defendant, WOLFE & WYMAN, LLP ("Defendant") consents to the removal of this action from the Eighth Judicial District Court to this Court.

///
///
///
///
///

Page 1 of 2

By doing so, Defendant reserves all defenses, including but not limited to jurisdiction and venue.

Dated this 22 day of July, 2025.

                WOLFE & WYMAN, LLP

By: _____
    Samuel A. Wyman, Partner