# EXHIBIT C-4

# Consent to Removal

# Kevin Stolworthy

1  GARIN LAW GROUP
2  JOSEPH P. GARIN, ESQ.
   Nevada Bar No. 6653
3  9900 Covington Cross Drive, Suite 210
   Las Vegas, Nevada 89144
4  Phone: (702) 382-1500
   Fax: (702) 382-1512
5  jgarin@garinlawgroup.com

6  *Attorneys for Defendant Admiral Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KABUL, INC.<br><br>            Plaintiff,<br>    vs.<br><br>ADMIRAL INSURANCE COMPANY; GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NBS INSURANCE AGENCY, INC. aka NATIONWIDE BROKERAGE SOLUTIONS; RT SPECIALTY; RSG SPECIALTY, LLC; RYAN SPECIALTY, LLC; ERIK W. FOX; WOLFE & WYMAN, LLP; KEVIN R. STOLWORTHY; ARMSTRONG TEASDALE, LLP; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No:<br><br>**CONSENT TO REMOVAL**<br><br>**(Removed from the Eighth Judicial District Court for Clark County, Nevada, Case No. A-25-920666-B)** |

Specially appearing Defendant, KEVIN R. STOLWORTHY, by and through his undersigned counsel, consents to the removal of this action from the Eighth Judicial District Court to this Court.

///

///

///

///

Page 1 of 2

By doing so, Defendant reserves all defenses, including but not limited to jurisdiction and venue.

Dated this 23rd day of July, 2025.

                              SPENCER FANE LLP

                              */s/ Nicholas J. Santoro*
By: _____
     NICHOLAS J. SANTORO (NV Bar No. 532)
     300 S. 4th Street, Suite 1600
     Las Vegas, NV 89101
     (702) 408-3400
     Email : nsantoro@spencerfane.com

     *Attorneys for Defendant Kevin R. Stolworthy*