NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
       opancheri@spencerfane.com

*Attorneys for Defendants Kevin Stolworthy and Armstrong Teasdale, LLP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KABUL, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADMIRAL INSURANCE COMPANY; GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NBS INSURANCE AGENCY, INC. aka NATIONWIDE BROKERAGE SOLUTIONS; RT SPECIALTY; RSG SPECIALTY, LLC; RYAN SPECIALTY, LLC; ERIK W. FOX; WOLFE & WYMAN, LLP; KEVIN R. STOLWORTHY; ARMSTRONG TEASDALE, LLP; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Civil Case No.: 2:25-cv-01343-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS ARMSTRONG TEASDALE, LLP AND KEVIN R. STOLWORTHY TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff KABUL, INC. ("***Kabul***"), by and through its undersigned counsel of record, and Defendants KEVIN STOLWORTHY ("***Mr. Stolworthy***") and ARMSTRONG TEASDALE, LLP ("***Armstrong Teasdale***"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

　　　　WHEREAS, On or about June 8, 2025, Kabul filed its Complaint in the Eighth Judicial District Court, Clark County, Nevada as Case No. A920666, naming Armstrong Teasdale and Mr. Stolworthy as defendants.

WHEREAS, Kabul served the Complaint and Summons on Mr. Stolworthy on July 10, 2025.

WHEREAS, Mr. Stolworthy's response to the Complaint is currently due on July 31, 2025.

WHEREAS, Armstrong Teasdale waived service under Fed. R. Civ. P. 4 on July 15, 2025 and its response to the Complaint is currently due on September 15, 2025.

WHEREAS, Defendant Admiral Insurance Company filed a Petition for Removal on July 23, 2025. [ECF No. 1]. Armstrong Teasdale and Mr. Stolworthy consented to the removal. [ECF Nos. 1-9 and 1-10].

WHEREAS, Kabul, Armstrong Teasdale and Mr. Stolworthy (through their undersigned counsel) have met and conferred regarding extending the deadline for Mr. Stolworthy to respond to the Complaint and to consolidate that deadline with the response deadline for Armstrong Teasdale.

WHEREAS, this is the first request to extend Mr. Stolworthy's deadline to respond to the Complaint and good cause exists for this extension based on the recent retention of counsel by Armstrong Teasdale and Mr. Stolworthy, as well as scheduling conflicts on the part of counsel and the desire to consolidate the response deadlines for Mr. Stolworthy and Armstrong Teasdale.

/ / /

/ / /

/ / /

1   **IT IS HEREBY STIPULATED** by and among Kabul, Armstrong Teasdale and Mr. Stolworthy that the deadline for Armstrong Teasdale and Mr. Stolworthy to respond to the Complaint shall be **August 29, 2025**.

**IT IS SO STIPULATED.**

Dated this 29th day of July, 2025.

| | |
|---|---|
| **CHRISTENSEN LAW OFFICES, LLC** | **SPENCER FANE LLP** |
| */s/ Thomas F. Christensen* | */s/ Oliver J. Pancheri* |
| THOMAS F. CHRISTENSEN, ESQ. | NICHOLAS J. SANTORO, ESQ. |
| Nevada Bar No. 2326 | Nevada Bar No. 532 |
| DAWN A. HOOKER, ESQ. | OLIVER J. PANCHERI, ESQ. |
| Nevada Bar No. 7019 | Nevada Bar No. 7476 |
| 1000 S. Valley View Blvd. | 300 South 4th Street, Suite 1600 |
| Las Vegas, NV 89107 | Las Vegas, Nevada 89101 |
| Tel.: (702) 870-1000 | Tel.: (702) 408-3400 |
| Email: thomasc@injuryhelpnow.com | Email: nsantoro@spencerfane.com |
| dawnh@injuryhelpnow.com | opancheri@spencerfane.com |
| *Attorneys for Kabul, Inc.* | *Attorneys for Defendants Kevin Stolworthy and Armstrong Teasdale, LLP* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __8-1-25_____