Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
courtnotices@injuryhelpnow.com
*Attorneys for Plaintiff Kabul*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KABUL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ADMIRAL INSURANCE COMPANY, GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NBS Insurance Agency, Inc. aka NATIONWIDE BROKERAGE SOLUTIONS, RT SPECIALTY, RSG SPECIALTY, LLC, RYAN SPECIALTY, LLC, ERIK W. FOX, WOLFE & WYMAN, LLP, KEVIN R. STOLWORTHY, ARMSTRONG TEASDALE, LLP, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:<br>2:25-cv-01343-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR KABUL, INC. TO RESPOND TO 1) ADMIRAL'S SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.660 AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)(ECF#16), 2) RELATED APPENDICES (ECF#17 & 18), 3) REQUEST FOR JUDICIAL NOTICE(ECF#19) AND 4) MOTION TO CONSOLIDATE(ECF#22) (FIRST REQUEST)**<br><br>**JURY TRIAL DEMANDED** |

The parties, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the time for Plaintiff KABUL, Inc. ("Kabul") to respond to Motions filed by Defendant Admiral Insurance Company ("Admiral") in an effort to promote overall efficiency and judicial economy. THEREFORE, the parties stipulate and request that the Court enter an order approving the proposed extensions as set forth below.

.

**1**

WHEREAS, on or about June 8, 2025, Kabul filed its Complaint in the State Court in Nevada and on July 23, 2025, Admiral filed a Petition for Removal to this Court. (ECF #1)

WHEREAS, on July 29, 2025 KABUL filed a Petition for Remand. (ECF #11)

WHEREAS on July 30, 2025, Admiral filed a Special Motion to Dismiss Pursuant to NRS 41.660 and Motion to Dismiss Pursuant to FRCP 12(B)(6) (ECF#16), related appendices (ECFs 17 & 18) and a Request for Judicial Notice (ECF#19). The responses to these Motions were due August 13, 2025.

WHEREAS on August 5, 2025, Admiral filed a Motion to Consolidate (ECF#22) and the response thereto is currently due on August 18, 2025.

WHEREAS the parties hereto have met and conferred regarding extending the deadlines to the pending Motions identified as ECFs #16, 17, 18, 19 and 22 herein.

WHEREAS this is the first request to extend the deadlines and good cause exists under NRCP 6(b)(1)(A) based upon scheduling conflicts and the desire to consolidate responses for judicial efficiency. Lead Counsel for Plaintiff was out of the office visiting family on a planned vacation at the time the Motions were filed; also, he has a cruise planned for 14 days in August and will have limited internet capabilities. The plaintiff's counsel's firm consists of only two lawyers. The other lawyer has been away from the office during the last part of July and will again be away from the office in the beginning and middle of August due to moving children to colleges across the country (and even abroad). Additionally, there is a related case that is pending in this Court Admiral has moved to consolidate. (See ECF #22 and ECF #57 in 2:24-cv-02060-GMN-MDC) Therefore, for judicial economy, it is beneficial to expand the time for the responses to the instant Motions.

.

Additionally, pursuant to LR IA 6-1, there is excusable neglect for submitting this stipulation after the August 13, 2025 deadline has passed. The excusable neglect is that on or about August 11, 2025, counsel for Plaintiff discovered that sometime during the prior weekend, its business was the victim of a burglary, which disrupted and interfered with normal processes this week. The crime caused a failure of computer and telephone resources, which are still in the process of being fully recovered and restored. Therefore, responding timely to the Motions was not practical or possible.

IT IS HEREBY STIPULATED by and among counsel for Admiral and Kabul that the deadlines for Kabul's responses to ECFs #16, 17, 18, 19 and 22 shall be extended to September 5, 2025.

IT IS SO STIPULATED.

Dated this 15th day of August, 2025.

CHRISTENSEN LAW OFFICES, LLC
BY: __/s/Thomas Christensen_____
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
Ph: 702-870-1000
courtnotices@injuryhelpnow.com

GARIN LAW GROUP
By: /s/Joseph P. Garin, Esq._____
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 210
Las Vegas, NV 89144
Ph: 702-382-1500
Fax: 702-382-1512
jgarin@garinlawgroup.com

IT IS SO ORDERED:

Dated: August 18, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3