LEWIS BRISBOIS BISGAARD & SMITH LLP
JOSH COLE AICKLEN
NEVADA BAR NO. 007254
JESSICA BEELER
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789

Attorneys for Defendants
Erik W. Fox and Wolfe and Wyman LLP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KABUL, INC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ADMIRAL INSURANCE COMPANY; GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NBS INSURANCE AGENCY, INC. aka NATIONWIDE BROKERAGE SOLUTIONS; RT SPECIALTY; RSG SPECIALTY, LLC; RYAN SPECIALTY, LLC; ERIK W. FOX; WOLFE & WYMAN, LLP; KEVIN R. STOLWORTHY; ARMSTRONG TEASDALE, LLP; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:25-cv-01343-MDC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　WHEREAS, Plaintiff KABUL INC. ("Plaintiff") filed its Complaint ("Complaint") on or about June 8, 2025, in the Eighth Judicial District Court, Clark County, Nevada as Case No. A920666, naming ERIK W. FOX and WOLFE & WYMAN, LLP ("Defendants"), and

161360921.1                                    1
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

1  others, as defendants.

2  WHEREAS, Defendant Admiral Insurance Company filed a Petition for Removal on
3  July 23, 2025. [ECF No. 1].

4  WHEREAS, Defendants have requested and Plaintiff has stipulated to an
5  extension of time of Defendant's deadline to answer or otherwise respond to the
6  Complaint based on the recent retention of counsel for Defendants.

7  WHEREAS, Defendants have agreed to waive service.

8  WHEREAS, Plaintiff and Defendants are unaware of any current Court deadlines
9  that will be affected by their stipulation herein.

10  NOW, THEREFORE, Plaintiff and Defendants hereby stipulate as follows:

11  Defendant's deadline to answer or otherwise respond to the Complaint shall be
12  extended to and including August 22, 2025.

14  DATED: August 18th 2025        CHRISTENSEN LAW OFFICES LLC

16  By: _____/s/ Thomas F. Christensen, Esq._____
17  Thomas F. Christensen, Esq.
    Attorneys for Defendant/Cross-Complainant
18  Kabul Inc.

19  DATED: August 18th, 2025        LEWIS BRISBOIS BISGAARD & SMITH LLP

22  By: _____/s/ Jessica Beeler_____
    JESSICA BEELER
    Attorneys for Cross-Defendants Erik W. Fox
23  and Wolfe and Wyman LLP

**ORDER**

25  IT IS SO ORDERED.

27  _____
    United States Magistrate Judge
    Dated: 8-19-25

161360921.1                                       2
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

**FEDERAL COURT PROOF OF SERVICE**
2:25-cv-01343-MDC

At the time of service, I was over 18 years of age and not a party to the action.

On18th, I served the following document(s):

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

I served the document on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

The document was served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of Nevada that the foregoing is true and correct.

Executed on the 18th day of August, 2025

_/s/  Jennifer Levin_
Jennifer Levin

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

161360921.1

1

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT