Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
courtnotices@injuryhelpnow.com
*Attorneys for Plaintiff Kabul*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KABUL, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>ADMIRAL INSURANCE COMPANY, GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NBS Insurance Agency, Inc. aka NATIONWIDE BROKERAGE SOLUTIONS, RT SPECIALTY, RSG SPECIALTY, LLC, RYAN SPECIALTY, LLC, ERIK W. FOX, WOLFE & WYMAN, LLP, KEVIN R. STOLWORTHY, ARMSTRONG TEASDALE, LLP,  DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No.:<br>2:25-cv-01343-APG-MDC<br><br>**STIPULATION AND ORDER AND ORDER TO EXTEND TIME FOR KABUL, INC. TO RESPOND TO DEFENDANT LOCALEDGE INSURANCE AGENCY, INC. (IMPROPERLY SUED AS NBS INSURANCE AGENCY, INC.)'S MOTION TO DISMISS THIRD PARTY CLAIMS OF KABUL, INC. (#25) (FIRST REQUEST)**<br><br>**JURY TRIAL DEMANDED** |

   The parties, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the time for Defendant/Counter/Cross/Third Party Claimant KABUL, Inc. ("Kabul") to respond to a Motion to Dismiss filed by Third Party Defendant LocalEdge Insurance Agency, Inc., fka NBS Insurance Agency, Inc. (improperly sued as NBS Insurance Agency, Inc. aka Nationwide Brokerage Solutions), ("Nationwide") in an effort to

.

**1**

promote overall efficiency and judicial economy. THEREFORE, the parties stipulate and request that the Court enter an order approving the proposed extension as set forth below.

WHEREAS, on or about June 8 2025, Kabul filed its Complaint in state Court and on or about July 23, 2025, Defendant Admiral Insurance Company filed a Petition for Removal. (ECF#1)

WHEREAS, on August 11, 2025, Nationwide filed a Motion to Dismiss (ECF#25) The response to the Motion is currently due August 25, 2025.

WHEREAS the parties hereto have met and conferred regarding extending the deadline to the pending Motion to Dismiss. (ECF#25)

WHEREAS this is the first request to extend the deadline and good cause exists based upon scheduling conflicts and the desire to consolidate responses for judicial efficiency. Lead Counsel for Plaintiff was out of the office at the time the Motion was filed; also, he has a cruise planned for 14 days in August and will have limited internet capabilities. The plaintiff's counsel's firm consists of only two lawyers. The other lawyer was away from the office during the last part of July and during the beginning and middle of August due to moving children to colleges across the country (and even abroad). Therefore, responding timely to the Motion to Dismiss is not practical or possible and it makes more sense to extend the response date to September 5, 2025, which correlates with other response due dates in the case. Additionally, Kabul has moved for remand and Admiral has responded in opposition (ECFs #22 and #28). Kabul's Reply in support of the Motion to Remand is due August 19, 2025 so that Motion will then be ripe for decision. Therefore, for judicial economy, it is beneficial to extend the time for the response to Nationwide's Motion to Dismiss herein.

.

2

IT IS HEREBY STIPULATED by and among counsel for Nationwide and Kabul that the deadline for Kabul's response to the Motion to Dismiss (ECF#25) shall be extended to September 5, 2025.

IT IS SO STIPULATED.

Dated this 25th day of August, 2025.

CHRISTENSEN LAW OFFICES, LLC
BY:  /s/Thomas Christensen
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada  89107
Ph: 702-870-1000
courtnotices@injuryhelpnow.com

HINES HAMPTON PELANDA, LLP
By: /s/Nicole Hampton
Nevada Bar No. 10690
400 S. 4th Street, Suite 500
Las Vegas, NV 89101
Telephone: 714-513-1122
Fax: 714-242-9529
nhampton@lawhhp.com

IT IS SO ORDERED:

Dated:   August 26, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3