BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
brandon.johansson@dentons.com
trey.rothell@dentons.com

JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@garinlawgroup.com

*Attorneys for Admiral Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KABUL, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>ADMIRAL INSURANCE COMPANY, *et al.*,<br><br>  Defendants. | Case No.: 2:25-cv-01343-APG-MDC<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS**<br><br>**[ECF NOS. 16, 19, 22]**<br><br>**(First Request)** |

Defendant Admiral Insurance Company ("Admiral") and Plaintiff Kabul, Inc. ("Kabul") stipulate and agree, subject to the Court's approval, to extend the date by which Admiral may file its reply briefs in support of its Special Motion to Dismiss Counterclaims Pursuant to NRS 41.660 and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 16) (the "Motions to Dismiss"), its Request for Judicial Notice (ECF No. 19), and its Motion to Consolidate (ECF No. 22) by 14 days from September 12, 2025, until September 26, 2025. This is the first request to extend these deadlines.

1. On July 30, 2025, Admiral filed its Motions to Dismiss and its Request for Judicial Notice. *See* ECF No. 16, 19.

2. On August 4, 2025, Admiral filed its Motion to Consolidate. *See* ECF No. 22.

3. On August 18, 2025, the Court granted Kabul an extension of time until September 5, 2025, to file its response to the Motions to Dismiss, Request for Judicial Notice, and Motion to Consolidate. *See* ECF No. 35.

4. On September 5, 2025, Kabul filed its responses to the Motions to Dismiss, Request for Judicial Notice, and Motion to Consolidate. *See* ECF Nos. 48-50.

5. Pursuant to LR 7-2(b), the deadline for Admiral to reply in support of its Motions to Dismiss, Request for Judicial Notice, and Motion to Consolidate is September 12, 2025.

6. Due to the complexity of factual and legal issues that are addressed in the motions and responses, Admiral requires additional time to prepare its reply briefs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. Good cause exists to grant the requested extension. The Parties have stipulated to the extension, and no party will be prejudiced by the brief delay.

8. This stipulation is submitted in good faith and not for purposes of improper delay.

IT IS SO STIPULATED.

Dated: September 8, 2025.

| DENTONS DURHAM JONES PINEGAR P.C. | CHRISTENSEN LAW OFFICES, LLC |
|---|---|
| By: */s/ Trey A. Rothell* <br> BRANDON P. JOHANSSON, ESQ. <br> Nevada Bar No. 12003 <br> TREY A. ROTHELL, ESQ. <br> Nevada Bar No. 15993 <br> 111 South Main Street, Suite 2400 <br> Salt Lake City, Utah 84111 | By: */s/ Thomas F. Christensen* <br> THOMAS F. CHRISTENSEN, ESQ. <br> Nevada Bar No. 2326 <br> DAWN A. HOOKER, ESQ. <br> Nevada Bar No. 7019 <br> 1000 S. Valley View Blvd. <br> Las Vegas, NV 89107 |
| *Attorneys for Admiral Insurance Company* | *Attorneys for Kabul, Inc.* |

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 9, 2025