Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
courtnotices@injuryhelpnow.com
*Attorneys for Plaintiff Kabul*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KABUL, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>ADMIRAL INSURANCE COMPANY, GREGG EIDSNESS FARM BUREAU FINANCIAL SERVICES, NBS Insurance Agency, Inc. aka NATIONWIDE BROKERAGE SOLUTIONS, RT SPECIALTY, RSG SPECIALTY, LLC, RYAN SPECIALTY, LLC, ERIK W. FOX, WOLFE & WYMAN, LLP, KEVIN R. STOLWORTHY, ARMSTRONG TEASDALE, LLP,  DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No.:<br>2:25-cv-01343-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR KABUL, INC. TO RESPOND TO ARMSTRONG TEASDALE'S AND KEVIN STOLWORTHY'S MOTION TO DISMISS KABUL, INC'S CLAIMS PURSUANT TO FRCP 12(b)(6) and SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.660 (#45)**<br>**(FIRST REQUEST)**<br><br>**JURY TRIAL DEMANDED** |

The parties hereto, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the time for Plaintiff KABUL, Inc. ("Kabul") to respond to Motion to Dismiss Kabul Inc.'s Claims Pursuant to FRCP 12(b)(6) and Special Motion to Dismiss Pursuant to NRS 41.660  filed by Defendants, Armstrong Teasdale, LLP and Kevin Stolworthy (collectively, "AT").

.

THEREFORE, the parties hereto stipulate and request that the Court enter an order approving the proposed extension as set forth below.

WHEREAS, on or about June 10, 2025, Kabul filed its Complaint in Nevada State Court, which was Removed to this Court on July 23, 2025 (ECF No. 1).

WHEREAS, on August 29, 2025, AT filed its Motion to Dismiss Pursuant to FRCP 12(B)(6) and Special Motion to Dismiss Pursuant to NRS 41.660 (ECF No. 45). The response to this Motion is currently due September 12, 2025.

WHEREAS the parties hereto have met and conferred regarding extending the deadline to the pending Motion. (ECF No. 45)

WHEREAS this is the first request to extend the deadline and good cause exists based upon scheduling conflicts. Counsel for Plaintiff was busy last week responding to multiple Motions by other parties in this same case. (See ECF Nos. 48-51) Additionally, counsel for Plaintiff has been out of the office this week due to preparation for and attendance of a celebration of life for a family member. Therefore, good cause exists to extend the time for the response to the Motion.(ECF No. 45)

///

///

///

///

///

///

///

.

**2**

IT IS HEREBY STIPULATED by and among counsel for AT and Kabul that the deadline for Kabul's response to the Motion to Dismiss Pursuant to FRCP 12(B)(6) and Special Motion to Dismiss Pursuant to NRS 41.660 (ECF No. 45)  shall be extended to September 19, 2025.

IT IS SO STIPULATED.

Dated this 12th day of September, 2025.

CHRISTENSEN LAW OFFICES, LLC
BY:__/s/Thomas Christensen_____
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada  89107
Ph: 702-870-1000
courtnotices@injuryhelpnow.com

SPENCER FANE LLP
By:_/s/Oliver Pancheri___ __
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
300 S. 4th Street, Suite 1600
Las Vegas, NV 89101
opancheri@spencerfane.com


IT IS SO ORDERED:

Dated: September 15, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3